## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**THE STATE OF MISSISSIPPI** *ex rel.*
**JIM HOOD, ATTORNEY GENERAL**                                    **PLAINTIFF**

**v.**                                    **CIVIL ACTION NO.  4:17CV0074-SA-JMV**

**MERITOR, INC., ET AL.**                                    **DEFENDANTS**


### ORDER STAYING CERTAIN PROCEEDINGS

This case comes before the Court pursuant to L.U.CIV.R. 16(b)(1)(B).  The rule provides that

> [a] motion to remand . . . will stay the attorney conference and disclosure requirements and all discovery not relevant to the remand . . . issue and will stay the parties' obligation to make disclosures pending the court's ruling on the [remand] motion[]. . . .

Plaintiff filed a motion to remand [28] on July 24, 2017.  Accordingly, it is

**ORDERED:**

That the above-referenced proceedings and the case management conference are hereby

**STAYED** pending a decision on the motion to remand.  The parties shall notify the undersigned

magistrate judge within seven (7) days of the Court's ruling in the event the motion to remand is

denied.

**THIS**, the 24th day of July, 2017.


                                    **/s/ Jane M. Virden**
                                    **U. S. MAGISTRATE JUDGE**