IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

THE STATE OF MISSISSIPPI, ex rel.
JIM HOOD, ATTORNEY GENERAL                                              PLAINTIFF

V.                                                    CIVIL ACTION NO.: 4:17CV74-SA-JMV

MERITOR, INC., ROCKWELL AUTOMATION, INC.,
THE BOEING COMPANY
TEXTRON, INC.                                                          DEFENDANTS

ORDER

        For the reasons fully articulated in the Court's Memorandum Opinion issued this day,

Plaintiff's Motion to Remand [28] is GRANTED. However, the request for costs and fees is

DENIED. Additionally, Defendants' request for leave to file a sur-reply is DENIED. The Clerk

is directed to remand this case to the Chancery Court of Grenada County, Mississippi.

        SO ORDERED this the 13th day of March 2018

                                        /s/ Sharion Aycock
                                        UNITED STATES DISTRICT JUDGE